IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CELESTE GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-1381-W |
| | ) | |
| THE HERTZ CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Court's Order issued this date, the Court DISMISSES without prejudice the claims asserted under federal and state law by plaintiff Celeste Garrett that are based on retaliation, hostile work environment and constructive discharge, to the extent, if any, such claim is separate and independent, and ORDERS that judgment should be and is hereby ENTERED in favor of defendant The Hertz Corporation on Garrett's federal and state law claims based on gender discrimination.

DATED and ENTERED this _17th_ day of May, 2017.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE