# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CELESTE GARRETT, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| vs. | )  Case No. CIV-15-1381-W |
| | ) |
| THE HERTZ CORPORATION, | ) |
| | ) |
|     DEFENDANT. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Parties, and hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff dismisses with prejudice any and all claims alleged against Defendant, including all claims that were or might have been asserted in this action.

The Parties further stipulate that each party shall be responsible for its own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED THIS 30th DAY OF JUNE 2017.**

 /s/ Christine C. Vizcaino
Christine C. Vizcaino, OBA No. 30527
Mazaheri Law Firm, PLLC
3445 W. Memorial Rd. Ste. H
Oklahoma City, OK 73134
christine@mazaherilaw.com

David R. Cordell
Nancy E. Vaughn
Hayley Stephens
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, OK 74172
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 30th day of June, 2017.

David R. Cordell
Nancy E. Vaughn
Hayley Stephens
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, OK 74172
*Attorneys for Defendant*

/s/ Christine C. Vizcaino