FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**July 12, 2017**

Elisabeth A. Shumaker  
Clerk of Court

---

CELESTE GARRETT,

   Plaintiff - Appellant,

v.

THE HERTZ CORPORATION,

   Defendant - Appellee.

No. 17-6144  
(D.C. No. 5:15-CV-01381-W)  
(W.D. Okla.)

---

**ORDER**

---

The stipulation filed by the parties to dismiss the captioned appeal is granted.

Each party shall bear its own costs.

A copy of this order shall stand as and for the mandate of this court.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk